IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAREN ANDRE, | § § § § § | |
| *Plaintiff* | | |
| v. | § § § § § § § | CIVIL ACTION NO. 3:17-cv-01264-S |
| HARTFORD LLOYD'S INSURANCE COMPANY, | | |
| *Defendant* | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Karen Andre, ("Plaintiff") and Defendant Hartford Lloyd's Insurance Company ("Defendant"), being all of the parties to the above referenced action that have appeared herein, jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

Respectfully submitted,

*/s/ Heather E. Hall*
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Heather E. Hall
State Bar No. 24089909
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
440 N. Louisiana Street., Suite 300
Houston, Texas 77002
Telephone:   713-334-6121
Facsimile:    713-322-5953

      Email:  James@mma-pllc.com
           Zach@mma-pllc.com
           Heather@mma-pllc.com
     **ATTORNEYS FOR PLAINTIFF**

      */s/Laura Grabouski*
     Laura Grabouski
     State Bar No: 24031595
     Brittan L. Buchanan
     State Bar No: 03285680
     Donna Peery
     State Bar No.: 00791752
     **TULLY RINCKEY, PLLC**
     3724 Executive Center Drive, Suite 205
     Austin, Texas 78731
     Telephone: 512.225.2800
     Facsimile: 512.225.2801
     Email:  bbuchanan@tullylegal.com
           lgrabouski@tullylegal.com
           dpeery@tullylegal.com
     **ATTORNEYS FOR DEFENDANT**